IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL M. DOWDELL, | : | Civil No. 3:17-cv-739 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| CAPT. S. SPAULDING, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 31st day of October, 2018, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot based upon Petitioner's October 12, 2018 release.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge